Sylvia Abowitz, an Infant, by Jacob Abowitz, Her Guardian ad Litem, Respondent, *v.* Morris Ghersin, Appellant.

(Submitted January 17, 1930; decided February 11, 1930.)

*Harry Edwards* and *Max Rockmore* for appellant.
*Sidney J. Feltenstein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Cardozo, Ch. J., Pound, Crane, Lehman, Kellogg, O'Brien and Hubbs, JJ.